UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| ROSALIND R. PINCKNEY, | ) | Case No. 3:05 CV 426-C |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| CSX TRANSPORTATION, INC. | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Rule 16.l(B), an Initial Pretrial Conference was held on March 8, 2006 for

the designated parties before the Magistrate Judge.  Upon agreement of the parties, it is hereby

ordered that the dispositive motions deadline shall be extended to October 31, 2006.

**SO ORDERED**.

Signed: March 9, 2006

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge