IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. **3:05CV 426-C**


Rosalind R. Pinckney,

     Plaintiff,

v.                                                          **ORDER IN PRO HAC VICE**

CSX TRANSPORTATION, INC.,
a Virginia corporation,

     Defendant.


     THIS CAUSE coming on and being heard by the undersigned Judge on Motion in Pro Hac Vice by Plaintiff's counsel, R. Kent Brown, for the admission of Robert T. Dolan, of the law firm of Yaeger, Jungbauer & Barczak, PLC.; and

     IT APPEARING to the Court that Plaintiff's counsel is qualified and has complied with the requirements of Rule 83.1 and can be admitted to practice in the General Court of Justice of North Carolina for the sole purpose of appearing for Plaintiff in the above-captioned litigation.

     IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Robert T. Dolan be admitted to practice in the General Court of Justice of North Carolina pursuant to Rule 83.1 for the sole purpose of appearing on behalf of Plaintiff in the above-captioned matter.

     **SO ORDERED**.

                         Signed: March 28, 2006

                   *Carl Horn, III*
                   _____

                   Carl Horn, III
                   United States Magistrate Judge