# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL NO. 3:05-cv-00426-W

| | |
|---|---|
| ROSALIND R. PICKNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CSX TRANSPORTATION, INC., a ) | |
| Virginia Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. The Court has been advised through correspondence from Wayne Huckel, who conducted a mediation in this matter, that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within thirty (30) days hereof. The parties are directed to file their Stipulation of Dismissal on or before February 8, 2007.

IT IS SO ORDERED.

Signed: January 9, 2007

Frank D. Whitney
United States District Judge